

RECEIVED
SEP 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CONVERA CORPORATION<br>1921 Gallows Road<br>Suite 200<br>Vienna, VA 22182,<br><br>               Plaintiff,<br><br>v.<br><br>VERITY, INC.<br><br>               Defendant. | Case: 1:07-mc-00373<br>Assigned To : Robertson, James<br>Assign. Date : 9/24/2007<br>Description: Miscellaneous |

### **PLAINTIFF CONVERA'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Convera Corporation, certify that to the best of my knowledge and belief, Convera Corporation does not have any parent companies, subsidiaries or affiliates with outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DC-952109 v2

- 2 -

Respectfully submitted,

CONVERA CORPORATION,

By its attorneys,

_____
Eric C. Rusnak (D.C. Bar No. 491254)
Attorney for Convera Corporation
Kirkpatrick & Lockhart
    Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: 202-778-9000
Fax:   202-778-9100
eric.rusnak@klgates.com

*Of counsel:*
John J. Cotter
    John.Cotter@klgates.com
Eileen E. Pott
    Eileen.Pott@klgates.com
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: September 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, a true and correct copy of the foregoing document was served via federal express upon the following:

> J. Kevin Fee
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, NW
> Washington, D.C. 20004
> **Attorney for Verity, Inc., Autonomy Corporation plc, Autonomy, Inc. Sameer Kalbag, and Jill Foley**

> _____
> Eric C. Rusnak (D.C. Bar No. 491254)
> Attorney for Convera Corporation
> Kirkpatrick & Lockhart
>     Preston Gates Ellis LLP
> 1601 K Street, N.W.
> Washington, DC 20006
> Telephone: 202-778-9000
> Fax:   202-778-9100
> eric.rusnak@klgates.com