UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONVERA CORPORATION, | : |
| Plaintiff, | : |
| v. | : Misc. Action No. 07-0373 (JR) |
| AUTONOMY CORPORATION, PLC, *et al.*, | : |
| Defendants. | : |

### ORDER

Plaintiff's petition to enforce its subpoena to Verity, Inc., is **denied without prejudice**.  There appear to be disputes about what is and what is not discoverable in a lawsuit whose presiding judge sits just across the river from here, in the Eastern District of Virginia.  It appears moreover that the non-party Verity, Inc. (mistakenly identified in Convera's caption as "defendant") was served at an address in Richmond, a place that is within the Eastern District of Virginia.  No reason appears on the record before me why this discovery cannot be conducted entirely within the Eastern District of Virginia, or why disputes about the discovery cannot be presented to the judge who presides over the underlying suit.

JAMES ROBERTSON
United States District Judge