UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONVERA CORPORATION<br><br>               Plaintiff,<br><br>    v.<br><br>VERITY, INC.<br>2880 San Tomas Expressway<br>Suite 130<br>Santa Clara, CA 95051<br><br>               Defendant. | Civil Action No. 1:07-mc-00373-JR |

**NOTICE OF FILING UNDER SEAL**

Defendant Verity, Inc. hereby notifies Plaintiff Convera Corporation that Defendant Verity, Inc.'s Memorandum of Law in Opposition to Plaintiff Convera Corporation's Motion to Enforce its Subpoena and the corresponding exhibits were filed today under seal.

Respectfully submitted,

Dated: October 9, 2007

     /s/
J. Kevin Fee  (DC Bar No. 494016)
Russell R. Bruch  (DC Bar No. 503288)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: 202.739.3000
Facsimile: 202.739.3001
jkfee@morganlewis.com
rbruch@morganlewis.com

Attorneys for Defendant Verity, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2007, a true and correct copy of the foregoing Notice of Filing Under Seal, was served using the Court's CM/ECF system, with electronic notification of such filing on:

>Eric C. Rusnak, Esquire
>eric.rusnak@klgates.com
>Kilpatrick & Lockhart Preston Gates Ellis LLP
>1601 K Street N.W.
>Washington, D.C. 20006

I also hereby certify that the foregoing was mailed via First Class Mail, postage prepaid on the following non-users:

>John J. Cotter, Esquire
>Eileen E. Pott, Esquire
>Kilpatrick & Lockhart Preston Gates Ellis LLP
>State Street Financial Center
>One Lincoln Street
>Boston, MA 02111

>_____/s/_____
>Russell R. Bruch (D.C. Bar No. 503288)
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, D.C. 20004
>Telephone: 202.739.3000
>Facsimile: 202.739.3001
>rbruch@morganlewis.com

Attorneys for Defendant Verity, Inc.