UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONVERA CORPORATION<br><br>             Plaintiff,<br><br>       v.<br><br>VERITY, INC.<br><br>             Defendant. | Civil Action No. 1:07-mc-00373-JR |

**VERITY'S DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to LCvR. 7.1 of the Local Rules of the United States District Court for the District of Columbia:

The undersigned counsel of record for Verity, Inc., certify that to the best of their knowledge and belief, the following are parent companies, subsidiaries or affiliates of Verity, Inc. which have any outstanding securities in the hands of the public:

Autonomy Corporation plc is the parent of Verity, Inc. and is a
publicly traded United Kingdom Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

                                              Respectfully submitted,

Dated: October 9, 2007

                                              _____/s/_____
                                              J. Kevin Fee (DC Bar No. 494016)
                                              Russell R. Bruch  (DC Bar No. 503288)
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              1111 Pennsylvania Avenue, NW
                                              Washington, DC  20004
                                              Telephone: 202.739.3000
                                              Facsimile: 202.739.3001
                                              jkfee@morganlewis.com
                                              rbruch@morganlewis.com

                                              Attorneys for Defendant Verity, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2007, a true and correct copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests, was served using the Court's CM/ECF system, with electronic notification of such filing on:

> Eric C. Rusnak, Esquire
> eric.rusnak@klgates.com
> Kilpatrick & Lockhart Preston Gates Ellis LLP
> 1601 K Street N.W.
> Washington, D.C. 20006

I also hereby certify that the foregoing was mailed via First Class Mail, postage prepaid on the following non-users:

> John J. Cotter, Esquire
> Eileen E. Pott, Esquire
> Kilpatrick & Lockhart Preston Gates Ellis LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA 02111

> _____/s/_____
> Russell R. Bruch (D.C. Bar No. 503288)
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Avenue, NW
> Washington, D.C. 20004
> Telephone: 202.739.3000
> Facsimile: 202.739.3001
> rbruch@morganlewis.com

Attorneys for Defendant Verity, Inc.