UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONVERA CORPORATION,           :
                               :
        Plaintiff,             :
                               :
    v.                         :   Misc. Action No. 07-0373 (JR)
                               :
AUTONOMY CORPORATION, PLC, *et* :
*al.*,                         :
                               :
        Defendants.            :

**NOTICE TO COUNSEL**

An attorney in the law firm representing the movant in this miscellaneous case has made two telephone calls to Chambers, one on 9/27/07, asking what he should do after my order of 9/26/07 denying his motion to enforce a subpoena, and another today, pressing for an answer to his question.

Neither judges nor their Chambers staff will normally respond to a request for advice, especially when the request is made by telephone, and by a lawyer.

Counsel appears to believe that, because his office is in the District of Columbia, he can get a subpoena issued from a District of Columbia federal court, serve it on a Virginia corporation in Virginia, and require the corporation's representative to cross the line and appear in his office.  He is wrong.  See Rules 45(b)(2), 45(c)(3)(A)(ii).  Richmond, Virginia, where Verity, Inc., was served, is 105 miles by road from Washington, D.C.  Why counsel did not obtain a subpoena from the

Eastern District of Virginia, where his suit is pending, notice the deposition for an office in Richmond, and present disputes about the subpoena directly to the judge who is hearing the underlying case is a mystery.

                                        JAMES ROBERTSON
                             United States District Judge